RECEIVED

JUN 26 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Court of Appeals
Second District of Texas
Fort Worth

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

NO. 02-14-00206-CR

Raul Villegas Garza                                    Appellant

v.

The State of Texas                                     STATE

## Motion for a Extension in filing a Pro-SE Petition of Discretionary Review

Appellant know that his P.D.R. has to be file within 30 days, of May 28, 2015. Appellant filed a motion to Amended the MEMORANDUM opinion by Justice LEE GABRIEL with Newly Discover Evidence that show that Hood County Investigator Robert Young forged the Appellant's signature.

Trial Records show that the Appellant did not sign the Consent to Search form. DX. 12, Young testified that he did not need a warrant, to seize Appellant's documents. RR. V4 p 52-53, Not all the interview was Recorded because MR. Young turn off the Recorder. RR. V4 p 85-89, SX. 1-3 MR. Young promise the Appellant that he could keep his trial transcript of case 9232 for an Exchange for a confession. MR. Young testified, that

1

"ONLY" the Appellant and himself were in the interview room when the Consent to Search form was signed RR. V4, p 101-103.

This was an interview of a NEW CRIME AND MR. Young testified that he had NO PROBLE Cause, NO WARRANT, AND that Appellant WAS NOT under Rest nor in his custody, RR. V6 p 101-104

The Question is why turn-off Recorder before the Consent to Search form was signed and why wait until After interview to put the time, of 18:53 pm when the law state that the Consent to Search form must be filled out and sign before Any thing else? Because MR. Young forged the Appellant's signature to cover his Action N.O.E. #1

Appellant has mailed a copy of N.O.E. #1 with his Motion to Amend.

PRAYER

Appellant asks this Court to Grant this motion of extension.

Respectfully, Submitted,

June 19, 2015

2

## Certicate of Service

Appellant, hereby, certify that he mailed on June 19, 2015 A Motion of Extension to this Court from Michael Mailroom At Michael Unit in Tenn, Colony, Texas 75886.